UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **01-6024** CR-ROETTGER

18 U.S.C. § 2422
18 U.S.C. § 2252A
18 U.S.C. § 2253

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
JAMES MATHEW BOUTIN, )
)
Defendant. )
_____)

FILED '01 FEB 13 P1:37

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about October 30, 2000, until on or about November 16, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JAMES MATHEW BOUTIN,

did knowingly attempt to persuade, induce, entice and coerce an individual under eighteen years of age, to engage in a sexual act for which any person can be charged with a criminal offense, by using a facility and means of interstate commerce, that is, a computer and modem with access to the Internet via America Online, in violation of Title 18, United States Code, Section 2422(b).



## COUNT 2

On or about November 16, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JAMES MATHEW BOUTIN,

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE

Upon conviction for violating 18 U.S.C. §§ 2422 and 2252A, the defendant,

JAMES MATHEW BOUTIN,

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including

but not limited to the following:

    (a)   seized IBM computer;

    (b)   seven seized diskettes;

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**        CASE NO. _____

v.

**JAMES MATHEW BOUTIN**        **CERTIFICATE OF TRIAL ATTORNEY\***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s) ___ Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   I   0 to 5 days      _X_    Petty    ___
   II  6 to 10 days     ___    Minor    ___
   III 11 to 20 days    ___    Misdem.  ___
   IV  21 to 60 days    ___    Felony   _X_
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JAMES MATHEW BOUTIN          No.:_____

Count # 1:
Attempting to Coerce and Entice a Minor into Engaging in a Sexual Act;

in violation of 18 U.S.C. § 2422(b).

*Max Penalty: Fifteen (15) years' imprisonment; $250,000 fine

Count # 2:

Possession of Child Pornography; in violation of 18 U.S.C. § 2252A

*Max Penalty: Five (5) years' imprisonment; $250,000 fine

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96