AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD; FLPD,DET. RICH LOVE (954) 766-6637

## *United States District Court*
SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JAMES MATHEW BOUTIN

**WARRANT FOR ARREST**

CASE NUMBER: **01 - 6024**

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JAMES MATHEW BOUTIN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Attempting to Coerce and Entice a Minor into Engaging in a Sexual Act and Possession of Child Pornography,

in violation of Title 18 United States Code, Section(s) 2422(b), 2252A

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

February 13, 2001 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |